UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 10-10493 MG

IN RE: PAULA A MULLINGS
  ssn: \*\*\*-\*\*-5218

**AFFIDAVIT OF SERVICE**

Debtor.

STATE OF NEW YORK ) S.S:
COUNTY OF NEW YORK )

      MATTHEW LEVY, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age, and resides in New York, New York.

      On **FEBRUARY 3, 2010**, deponent served the within **CHAPTER 13 PLAN** on:

U.S DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

JEFFREY L. SAPIR
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NY 10603

AEGIS
PO BOX 404
FORT MILLS, SC 29716

AFNI, INC.
PO BOX 3427
BLOOMINGTON, IL 61702

BETH ISRAEL MEDICAL CTR
PO BOX 95000
PHILADELPHIA, PA 19195

CAPITAL ONE
ATTN C/O TSYS DEBT MGMT.
PO BOX 5155
NORCROSS, GA 30091

CAPITAL ONE BANK (USA), N.A.
PO BOX 71083
CHARLOTTE, NC 28272-1083

CREDIT ONE BANK
1ST FIN NAT'L BANK OF MARIN
PO BOX 98873
LAS VEGAS, NV 89193

DOUGERT MANAGEMENT
2811 ZULETTE AVE
BRONX, NY 10461

FINGERHUT
PO BOX 1250
SAINT CLOUD, MN 56395-1250

GE MONEY BANK
PO BOX 530942
ATLANTA, GA 30353

INSTITUTE FOR FAMILY HEALTH
279 MAIN ST
NEW PALTZ, NY 12561

INSTITUTE FOR URBAN HEALTH
GPO BOX 26911
NEW YORK, NY 10087-6911

JZANUS LTD
PO BOX 34889
NEWARK, NJ 07189

KIRSCHENBAUM & PHILLIPS
3000 HEMPSTEAD TURNPIKE 4TH FL
LEVITTOWN, NY 11756

LITERARY GUILD SELECT
PO BOX 6325
CAMP HILL, PA 17012-6325

LVNV FUNDING
RESURGENT CAPITAL SERVICE
BANKRUPTCY PO BOX 10587
GREENVILLE, SC 29603

MCS CLAIM SERVICES, INC.
123 FROST ST STE 150
WESTBURY, NY 11590-5027

MERRICK BANK
BANKRUPTCY DEPT.
10705 S JORDAN GATEWAY STE 200
SOUTH JORDAN, UT 84095

MONTEFOIRE MEDICAL CENTER
PO BOX 4296
CHURCH STREET STATION
NEW YORK, NY 10261

MRS ASSOCIATES
3 EXECUTIVE CAMPUS
SUITE 400
CHERRY HILL, NJ 08002

NELSON WATSON & ASSOC
80 MERRIMACK STREET
LOWER LEVEL
HAVERHILL, MA 01830

NYS DEPT OF TAX & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-5149

NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY UNIT -TCD
BUIDLING 8, ROOM 455
ALBANY, NY 12227

PALISADES COLLECTIONS
210 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

PARK LENOX SURGICAL PC
130 E 77TH ST FL 13
NEW YORK, NY 10075

RJM ACQUISITIONS
575 UNDERHILL BLVD
SUITE 2
SYOSSET, NY 11791

RUBIN & ROTHMAN
1787 VETERANS HWY STE 32
PO BOX 9003
ISLANDIA, NY 11749

STORAGE DELUXE
1810 SOUTHERN BLVD
BRONX, NY 10460

VERIZON
BANKRUPTCY DEPT.
500 TECHNOLOGY DR. STOP 1
SAINT CHARLES, MO 63304

VIKING COLLECTION SERVICE INC
7500 OFFICE RIDGE CIRCLE
EDEN PRAIRIE, MN 55344

by depositing one true copy there in a post-paid wrapper, depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
3rd day of FEBRUARY 2010

MATTHEW LEVY

David B. Shaev
Notary Public, State of New York
No. 02SH4733813
Qualified in Nassau County
Commission Expires June 30, 2010